**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **LIONEL P. TREPANIER,** | ) | Case No. 07 B 16641 |
| | ) | |
| Debtor(s). | ) | Hon. Jack B. Schmetterer |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

      Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      Clerk of the U.S. Bankruptcy Court
      219 South Dearborn Street, Suite 682
      Chicago, IL 60604

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

      A hearing on the fee applications and any objection to the Final Report will be held on October 24, 2013  at 10:30 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____                By: __/s/___David R. Herzog_____
                                                                                                Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602