**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| LIONEL P. TREPANIER, | ) | Case No. 07 B 16641 |
| | ) | |
| Debtor(s). | ) | Hon. Jack B. Schmetterer |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 682
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on October 24, 2013  at 10:30 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____          By:  /s/    David R. Herzog
                                                    Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 07-16641-JBS
Lionel P Trepanier                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: froman            Page 1 of 2         Date Rcvd: Aug 27, 2013
                            Form ID: pdf006        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2013.
db            +Lionel P Trepanier,    411 S 800E,    Salt Lake City, UT 84102-2910
11606152      +Cook County Forest Preserve,    c Marcie Thorpe,    150 N. Michigan Avenue , Suite 3300,
                Chicago, IL 60601-7621
11921295      +Cook County Forest Preserve District,    c/o Ean L. Kryska,    SmithAmundsen LLC,
                150 N. Michigan Ave., Suite 3300,    Chicago, IL 60601-6004
15841563      +Cook County Forest Preserve District, William Davi,    c/o Ean L. Kryska,    SmithAmundsen LLC,
                150 N. Michigan Ave., Suite 3300,    Chicago, IL 60601-6004
11606153      +Fleet Bank Card Center,    P.O. Box 3880,    Omaha, NE 68103-0880
11606155      +Miles Square Health Center,    P.O. Box 7205,    Chicago, IL 60680-7205
11606156      +Ravenswood Financial Group / Househ,    Brian S. Glass PC,    7366 North Lincoln,
                Lincolnwood, IL 60712-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14364284       E-mail/Text: cio.bncmail@irs.gov Aug 28 2013 01:45:20      Internal Revenue Service,
                Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, Pa 19114
20702142       E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2013 01:56:53
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11606154       IRS
11606157       State of Illinois Department of Rev
                                                                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013                 Signature:**       /s/ Joseph Speetjens

```
District/off: 0752-1           User: froman              Page 2 of 2              Date Rcvd: Aug 27, 2013
                               Form ID: pdf006           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2013 at the address(es) listed below:
          David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
     herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          David R Herzog    drhlaw@mindspring.com,
     herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          Ean L Kryska    on behalf of Creditor Shawn  McCormick ekryska@salawus.com,   jadams@salawus.com
          Ean L Kryska    on behalf of Creditor John  Zimmerman ekryska@salawus.com,   jadams@salawus.com
          Ean L Kryska    on behalf of Creditor   Cook County Forest Preserve District ekryska@salawus.com,
     jadams@salawus.com
          Ean L Kryska    on behalf of Creditor Steve  Gasior ekryska@salawus.com,   jadams@salawus.com
          Ean L Kryska    on behalf of Creditor William A Davidson ekryska@salawus.com,   jadams@salawus.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                   TOTAL: 8