**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-16641-JS |
| | § | |
| LIONEL P TREPANIER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $13,800.00 |
| Total Distributions to Claimants: | $7,129.87 | Claims Discharged Without Payment: | $23,554.27 |
| Total Expenses of Administration: | $2,072.07 | | |

3)   Total gross receipts of $12,701.94 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,500.00 (see **Exhibit 2),** yielded net receipts of $9,201.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $10,410.35 | $10,410.35 | $7,129.87 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,072.07 | $2,072.07 | $2,072.07 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $2,699.27 | $2,699.27 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $16,317.38 | $4,537.62 | $4,537.62 | $0.00 |
| **Total Disbursements** | $16,317.38 | $19,719.31 | $19,719.31 | $9,201.94 |

4).   This case was originally filed under chapter 7 on 09/13/2007.  The case was pending for -1292 months.

5).   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/31/2013</u>            By:   <u>/s/ David R. Herzog</u>
                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| recieved a constitutiional jury settlement | 1129-000 | $12,000.00 |
| Claim against former employer | 1149-000 | $670.61 |
| Interest Earned | 1270-000 | $31.33 |
| **TOTAL GROSS RECEIPTS** | | $12,701.94 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Lionel Trepanier | Exemptions | 8100-002 | $3,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,500.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Cook County Forest Preserve District, William Davi | 4110-000 | NA | $10,410.35 | $10,410.35 | $7,129.87 |
| **TOTAL SECURED CLAIMS** | | | NA | $10,410.35 | $10,410.35 | $7,129.87 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $1,670.19 | $1,670.19 | $1,670.19 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $59.48 | $59.48 | $59.48 |
| Bank of Texas | 2600-000 | NA | $251.11 | $251.11 | $251.11 |
| The Bank of New York Mellon | 2600-000 | NA | $91.29 | $91.29 | $91.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,072.07 | $2,072.07 | $2,072.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 P | Internal Revenue Service | 5800-000 | NA | $2,699.27 | $2,699.27 | $0.00 |
| | IRS | 5800-000 | $0.00 | NA | NA | $0.00 |
| | State of Illinois Department of Rev | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,699.27 | $2,699.27 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ravenswood Financial Group / Househ | 7100-000 | NA | $2,900.74 | $2,900.74 | $0.00 |
| 3 U | Internal Revenue Service | 7200-000 | NA | $1,636.88 | $1,636.88 | $0.00 |
| | Cook County Forest Preserve | 7100-000 | $10,410.35 | NA | NA | $0.00 |
| | Fleet Bank Card Center | 7100-000 | $3,000.00 | NA | NA | $0.00 |
| | Miles Square Health Center | 7100-000 | $333.00 | NA | NA | $0.00 |
| | Ravenswood Financial Group / | 7100-000 | $2,574.03 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,317.38 | $4,537.62 | $4,537.62 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 07-16641-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TREPANIER, LIONEL P | Date Filed (f) or Converted (c): | 09/13/2007 (f) |
| For the Period Ending: | 12/31/2013 | §341(a) Meeting Date: | 10/16/2007 |
| | | Claims Bar Date: | 04/16/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  misc items none purchased for more than 200 two | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  misc clothing none purchased for more than 100 i | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Peoples Legal Services aka Video Deposition Serv | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Law Suit against Blue Island pending in Federal | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  Appeal rights in the case Lionel Trepanier v. Co | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  Appeal Pending and potential for affirmative cla | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7  video camera purchased for 300 in 2006 digital a | $150.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  recieved a constitutiional jury settlement | $12,000.00 | $0.00 | | $12,000.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9  two paychecks uncashed 529.41 each | $1,058.82 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10  Claim against former employer | $50,000.00 | $10,000.00 | | $670.61 | $9,329.39 |
| 11  misc items none purchased for more than 200 two | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  misc clothing none purchased for more than 100 i | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  Peoples Legal Services aka Video Deposition Serv | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14  Law Suit against Blue Island pending in Federal | Unknown | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 07-16641-JS | | Trustee Name: | David R. Herzog |
| Case Name: | TREPANIER, LIONEL P | | Date Filed (f) or Converted (c): | 09/13/2007 (f) |
| For the Period Ending: | 12/31/2013 | | §341(a) Meeting Date: | 10/16/2007 |
| | | | Claims Bar Date: | 04/16/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| **Ref. #** | | | | | |
| 15  Appeal rights in the case Lionel Trepanier v. Co | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16  Appeal Pending and potential for affirmative cla | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17  video camera purchased for 300 in 2006 digital a | $150.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18  None | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 19  None | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT  Interest Earned                                   (u) | Unknown | Unknown | | $31.33 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                  **Gross Value of Remaining Assets**
                                    $65,758.82            $10,000.00                        $12,701.94             $9,329.39

**Major Activities affecting case closing:**
Filed claim in the Michael Radzilowski - Case No 10-09305. Awaiting distribution of dividend by the Trsutee that estate.

**Initial Projected Date Of Final Report (TFR):** 12/31/2008    **Current Projected Date Of Final Report (TFR):** 12/31/2012    /s/ DAVID R. HERZOG
                                                                                                                          DAVID R. HERZOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16641-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | TREPANIER, LIONEL P | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***5163 | | Money Market Acct #: | ******6665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 9/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | 9999-000 | $11,996.07 | | $11,996.07 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.57 | | $11,996.64 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.71 | | $11,997.35 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.69 | | $11,998.04 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.72 | | $11,998.76 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.71 | | $11,999.47 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,999.56 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $11,999.66 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,999.75 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $11,999.85 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $11,999.95 |
| 01/31/2011 | 11006 | Lionel Trepanier | Payment of exemption | 8100-002 | | $3,500.00 | $8,499.95 |
| 02/14/2011 | 11007 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #07-16641 | 2300-000 | | $7.23 | $8,492.72 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.06 | | $8,492.78 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.07 | | $8,492.85 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.06 | | $8,492.91 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.07 | | $8,492.98 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.06 | | $8,493.04 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.07 | | $8,493.11 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $16.29 | $8,476.82 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.07 | | $8,476.89 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,451.89 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.06 | | $8,451.95 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,426.95 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.07 | | $8,427.02 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,402.02 |
| | | | **SUBTOTALS** | | $12,000.54 | $3,598.52 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2    Exhibit 9

| Case No. | 07-16641-JS | | Trustee Name: | David R. Herzog |
| Case Name: | TREPANIER, LIONEL P | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***5163 | | Money Market Acct #: | ******6665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 9/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.01 | | $8,402.03 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $8,402.03 | $0.00 |
| | | | TOTALS: | | $12,000.55 | $12,000.55 | $0.00 |
| | | | Less: Bank transfers/CDs | | $11,996.07 | $8,402.03 | |
| | | | Subtotal | | $4.48 | $3,598.52 | |
| | | | Less: Payments to debtors | | $0.00 | $3,500.00 | |
| | | | Net | | $4.48 | $98.52 | |

| For the period of 9/13/2007 to 12/31/2013 | | For the entire history of the account between 04/06/2010 to 12/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $4.48 | Total Compensable Receipts: | $4.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4.48 | Total Comp/Non Comp Receipts: | $4.48 |
| Total Internal/Transfer Receipts: | $11,996.07 | Total Internal/Transfer Receipts: | $11,996.07 |
| | | | |
| Total Compensable Disbursements: | $98.52 | Total Compensable Disbursements: | $98.52 |
| Total Non-Compensable Disbursements: | $3,500.00 | Total Non-Compensable Disbursements: | $3,500.00 |
| Total Comp/Non Comp Disbursements: | $3,598.52 | Total Comp/Non Comp Disbursements: | $3,598.52 |
| Total Internal/Transfer Disbursements: | $8,402.03 | Total Internal/Transfer Disbursements: | $8,402.03 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-16641-JS | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | TREPANIER, LIONEL P | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5163 | | | Checking Acct #: | ******0068 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 9/13/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $8,402.03 | | $8,402.03 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.56 | $8,388.47 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.51 | $8,374.96 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.62 | $8,362.34 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $6.83 | $8,355.51 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.46 | $8,342.05 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.00 | $8,329.05 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.41 | $8,315.64 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.96 | $8,302.68 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.37 | $8,289.31 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.35 | $8,275.96 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.90 | $8,263.06 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.31 | $8,249.75 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.86 | $8,236.89 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.26 | $8,223.63 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.28 | $8,210.35 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.98 | $8,198.37 |
| 03/28/2013 | 5002 | International Sureties | Bond Payment | 2300-000 | | $14.64 | $8,183.73 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.24 | $8,170.49 |
| 04/16/2013 | (10) | Estate of Michael Radzilowsky | | 1149-000 | $670.61 | | $8,841.10 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.04 | $8,828.06 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.24 | $8,813.82 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.76 | $8,800.06 |
| 10/24/2013 | 5003 | David R. Herzog | Trustee Compensation | 2100-000 | | $1,670.19 | $7,129.87 |
| 10/24/2013 | 5004 | Cook County Forest Preserve District, William Davi | Distribution Dividend: 68.49; Account Number: ; | 4110-000 | | $7,129.87 | $0.00 |

| | | | | **SUBTOTALS** | **$9,072.64** | **$9,072.64** |

**FORM 2** Page No: 4   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16641-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TREPANIER, LIONEL P | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5163 | Checking Acct #: | ******0068 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $9,072.64 | $9,072.64 | $0.00 |
| | | | Less: Bank transfers/CDs | | $8,402.03 | $0.00 | |
| | | | Subtotal | | $670.61 | $9,072.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $670.61 | $9,072.64 | |

| For the period of 9/13/2007 to 12/31/2013 | | For the entire history of the account between 11/07/2011 to 12/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $670.61 | Total Compensable Receipts: | $670.61 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $670.61 | Total Comp/Non Comp Receipts: | $670.61 |
| Total Internal/Transfer Receipts: | $8,402.03 | Total Internal/Transfer Receipts: | $8,402.03 |
| | | | |
| Total Compensable Disbursements: | $9,072.64 | Total Compensable Disbursements: | $9,072.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,072.64 | Total Comp/Non Comp Disbursements: | $9,072.64 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 5 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16641-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TREPANIER, LIONEL P | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***5163 | Money Market Acct #: | ******6665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 9/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2008 | (8) | Michael Radzilowsky | Proceeds from settlement | 1129-000 | $12,000.00 | | $12,000.00 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $2.46 | | $12,002.46 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $2.46 | | $12,004.92 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-16641 | 2300-000 | | $10.05 | $11,994.87 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-16641 | 2300-003 | | ($10.05) | $12,004.92 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-16641 | 2300-000 | | $8.79 | $11,996.13 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-16641 | 2300-003 | | ($8.79) | $12,004.92 |
| 03/12/2008 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-16641 | 2300-000 | | $8.79 | $11,996.13 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $2.22 | | $11,998.35 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $1.67 | | $12,000.02 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.50 | | $12,001.52 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.52 | | $12,003.04 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.52 | | $12,004.56 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.42 | | $12,005.98 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.57 | | $12,007.55 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $1.30 | | $12,008.85 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.94 | | $12,009.79 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.85 | | $12,010.64 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.49 | | $12,011.13 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.45 | | $12,011.58 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.52 | | $12,012.10 |
| 04/14/2009 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #07-16641 | 2300-000 | | $12.08 | $12,000.02 |

**SUBTOTALS** $12,020.89 $20.87

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16641-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TREPANIER, LIONEL P | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***5163 | Money Market Acct #: | ******6665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 9/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.48 | | $12,000.50 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.47 | | $12,000.97 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.52 | | $12,001.49 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.50 | | $12,001.99 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.50 | | $12,002.49 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.48 | | $12,002.97 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.48 | | $12,003.45 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.50 | | $12,003.95 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.50 | | $12,004.45 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.47 | | $12,004.92 |
| 02/08/2010 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #07-16641 | 2300-000 | | $9.91 | $11,995.01 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.45 | | $11,995.46 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.53 | | $11,995.99 |
| 04/06/2010 | | Wire out to BNYM account ********6665 | Wire out to BNYM account ********6665 | 9999-000 | ($11,996.07) | | ($0.08) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.08 | | $0.00 |

**SUBTOTALS**    ($11,990.11)    $9.91

Case 07-16641   Doc 108   Filed 02/07/14   Entered 02/07/14 15:51:38   Desc Main
Document      Page 13 of 14

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 07-16641-JS | Trustee Name: | David R. Herzog |
| Case Name: | TREPANIER, LIONEL P | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***5163 | Money Market Acct #: | ******6665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 9/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $30.78 | $30.78 | $0.00 |
| Less: Bank transfers/CDs | | ($11,996.07) | $0.00 | |
| Subtotal | | $12,026.85 | $30.78 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $12,026.85 | $30.78 | |

For the period of  9/13/2007 to 12/31/2013

| | |
|---|---|
| Total Compensable Receipts: | $12,026.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,026.85 |
| Total Internal/Transfer Receipts: | ($11,996.07) |
| | |
| Total Compensable Disbursements: | $30.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $30.78 |
| Total Internal/Transfer  Disbursements: | $0.00 |

For the entire history of the account between 01/15/2008 to 12/31/2013

| | |
|---|---|
| Total Compensable Receipts: | $12,026.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,026.85 |
| Total Internal/Transfer Receipts: | ($11,996.07) |
| | |
| Total Compensable Disbursements: | $30.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $30.78 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 07-16641-JS | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | TREPANIER, LIONEL P | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | **-***5163 | | **Money Market Acct #:** | ******6665 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 9/13/2007 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/31/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $12,701.94 | $12,701.94 | $0.00 |

**For the period of 9/13/2007 to 12/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $12,701.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,701.94 |
| Total Internal/Transfer Receipts: | $8,402.03 |
| | |
| Total Compensable Disbursements: | $9,201.94 |
| Total Non-Compensable Disbursements: | $3,500.00 |
| Total Comp/Non Comp Disbursements: | $12,701.94 |
| Total Internal/Transfer Disbursements: | $8,402.03 |

**For the entire history of the case between 09/13/2007 to 12/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $12,701.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,701.94 |
| Total Internal/Transfer Receipts: | $8,402.03 |
| | |
| Total Compensable Disbursements: | $9,201.94 |
| Total Non-Compensable Disbursements: | $3,500.00 |
| Total Comp/Non Comp Disbursements: | $12,701.94 |
| Total Internal/Transfer Disbursements: | $8,402.03 |